**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Delroy O'Neil BARONETTE, a.k.a.
Paul Pierre, Defendant–
Appellant.**

No. 06–14632
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 27, 2007.

Timothy Cone, Federal Public Defender's Office, Chantel R. Doakes, Ft. Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Delroy O'Neil Baronette on this direct criminal appeal, has filed a motion to withdraw supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and

Baronette's conviction and sentence are **AFFIRMED.**